UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jamal Lindsey Smith,<br><br>            Plaintiff,<br><br>v.<br><br>John or Jane Doe #1, Executive Owner of N.B.C. KARE 11 News and Media Company; John or Jane Doe #2, Executive Owner of Fox K.M.S.P. News and Media Company; John or Jane Doe #3, Executive Owner of C.B.S. W.C.C.O. 4 News and Media Company; John or Jane Doe #4, Executive Owner of A.B.C. K.S.T.P. 5 News and Media Company; John or Jane Doe #5, Executive Owner of Star-Tribune News and Media Company; John or Jane Doe #6, Executive Owner of Facebook, Inc.; John or Jane Doe #7, Executive Owner of You-Tube, Inc.; John or Jane Doe #8, Executive Owner of Google, Inc.; John or Jane Doe #9, Executive Owner of Metro P.C.S. Company; and John or Jane Doe #10, Executive Owner of C.N.N., Inc.,<br><br>            Defendants. | Case No. 23-CV-1849 (PJS/DLM)<br><br>REPORT AND RECOMMENDATION |

Before the Court is the Report and Recommendation (R&R) of United States Magistrate Judge Douglas L. Micko, dated July 26, 2023. (Dkt. 4.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

1

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation dated July 26, 2023, (Dkt. 4), is **ADOPTED**;

2. Plaintiff Jamal Smith's Complaint (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Aug. 29, 2023

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge